IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**ISMAEL DELEON ORTEGA, JR.,**

    **Petitioner,**

    v.                                                 CASE NO. 23-3213-JWL

**USD COURT,**

    **Respondent.**

## MEMORANDUM AND ORDER

Petitioner brings this pro se petition for writ of habeas corpus under 28 U.S.C. § 2241. Petitioner is in custody at the Seward County Jail in Liberal, Kansas ("SCJ"). The Court screened the Petition (Doc. 1) under Rule 4 of the Rules Governing Habeas Corpus Cases, foll. 28 U.S.C. § 2254, and entered a Memorandum and Order to Show Cause (Doc. 3) ("MOSC") ordering Petitioner to show good cause, in writing, why this matter should not be dismissed under the abstention doctrines set forth in *Younger v. Harris*, 401 U.S. 37 (1971), and *Ex Parte Royall*, 117 U.S. 241 (1886). Petitioner has filed a response (Doc 4).

In his response, Petitioner makes arguments regarding the underlying search in his criminal cases and indicates that his van was damaged. (Doc. 4.) However, Petitioner does not address abstention as set forth in the Court's MOSC.

The Court found in the MOSC that to the extent Petitioner is asserting a claim regarding his conditions of confinement by stating that there are bugs in the SCJ, his claim is denied. Any challenges to his conditions of confinement must be brought pursuant to 42 U.S.C. § 1983.

The Court also found in the MOSC that the instant Petition does not allege the type of circumstances under which *Ex Parte Royall* allows federal-court intervention, and the three

1

conditions in *Younger* appear to be satisfied with respect to Petitioner's current criminal prosecutions in the District Court of Seward County, Kansas.

Petitioner has failed to show good cause why this matter should not be summarily dismissed without prejudice under *Ex Parte Royall* and *Younger*. Petitioner has also failed to submit a signed motion for leave to proceed in forma pauperis with the financial information required by D. Kan. Rule 9.1(g)(2)(A) by the Court's deadline set forth in the MOSC.

**IT IS THEREFORE ORDERED BY THE COURT** that this matter is **dismissed without prejudice.**

**IT IS SO ORDERED**.

**Dated October 30, 2023, in Kansas City, Kansas.**

<u>S/ John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**